IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| SAMUEAL MANZAY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LA DUNI MCKINNEY, L.P., LATIN RESTAURANTS OPERATIONS, LLC, AND ESPARTACO V. BORGA,<br><br>Defendants. | §§§§§§§§§§§§§<br><br>Case No. 3:23-cv-02855-K |

## JOINT MOTION TO ENTER AGREED FINAL JUDGMENT

Plaintiff, Samueal Manzay ("**Plaintiff**"), and Defendants, La Duni McKinney, L.P., Latin Restaurants Operations, LLC, and Espartaco V. Borga (collectively, "**Defendants**") (Plaintiff and Defendant, collectively, the "**Parties**"), file this Joint Motion for Entry of Agreed Final Judgment. In support, the Parties state the following:

1. Pursuant to the Parties' Joint Notice of Settlement [Dkt. 15] and agreements reached related thereto, the Parties respectfully request the Court enter an Agreed Final Judgment in the form submitted by the Parties to award judgment to Plaintiff as set forth therein.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate and agree that all claims brought in the above-entitled and numbered lawsuit by Plaintiff Samueal Manzay on behalf of others similarly situated (*i.e.*, the class action and collective action claims set forth in Plaintiff's Complaint [Dkt. 1]) are hereby DISMISSED WITHOUT PREJUDICE to re-filing by or on behalf of (other than via Mr. Manzay) such others similarly situated.

3. Defendants hereby knowingly, intentionally, and irrevocably waives all rights to appeal or otherwise attack (*e.g.*, via bill of review) the Agreed Final Judgment.

Accordingly, for the foregoing reasons, all Parties respectfully request that the Court enter the proposed Agreed Final Judgment filed concurrently with this Joint Motion.

| Respectfully Submitted: | Agreed: |
|---|---|
| */s/ Michael R. Steinmark* | */s/ Jeremy T. Tufnell* |
| **MICHAEL R. STEINMARK** | **ROBERT J. BOGDANOWICZ III** |
| State Bar No. 24051384 | State Bar No. 24064916 |
| **BRUCE W. STECKLER** | rob@burkebog.com |
| State Bar No. 00785039 | **JEREMY T. TUFNELL** |
|  | State Bar No. 24091812 |
| **STECKLER WAYNE & LOVE, PLLC** | jtufnell@burkebog.com |
| 12720 Hillcrest Road, Suite 1045 |  |
| Dallas, TX 75230 | **BURKE BOGDANOWICZ PLLC** |
| Telephone: 972-387-4040 | 1201 Elm Street, Suite 4000 |
| Facsimile: 972-387-4041 | Dallas, Texas 75270 |
| michael@swclaw.com | Tel./Fax (214) 888-2824 |
| bruce@swclaw.com |  |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |

### Certificate of Service

I certify that this Joint Motion and the proposed Agreed Final Judgment filed with it were served on counsel of record for all parties in this action via e-filing on June 4, 2024.

                                                        */s/ Michael R. Steinmark*
                                                        Michael R. Steinmark