IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEAL MANZAY, on behalf of himself and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:23-CV-2855-K |
| v. | § § | |
| LA DUNI MCKINNEY, L.P., LATIN RESTAURANTS OPERATIONS, LLC, AND ESPARTACO V. BORGA, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Having entered an order of this same date granting the parties' Joint Motion to Enter Agreed Final Judgment (the "Joint Motion") (Doc. No. 17), the Court enters the following Final Judgment as agreed-to by the parties.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that, pursuant to the parties' joint stipulation in the Joint Motion, all claims brought in this matter by Plaintiff Samueal Manzay on behalf of others similarly situated (*i.e.*, the class action and collective action claims set forth in Plaintiff's Complaint (Doc. No. 1) are hereby **DISMISSED without prejudice** to re-filing by or on behalf of (other than via Mr. Manzay) such others similarly situated.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Samueal Manzay, on behalf of himself only (*i.e.*, as to his individual claims set forth in

Plaintiff's Complaint (Doc. No. 1) ("Plaintiff"), is hereby awarded judgment against Defendants La Duni McKinney, L.P., Latin Restaurants Operations, LLC, and Espartaco V. Borga (collectively, "Defendants"), jointly and severally, for money damages in the amount of Fifteen Thousand U.S. Dollars and No Cents ($15,000.00).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all attorneys' fees and costs shall be borne by the party incurring them.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is hereby awarded judgment against Defendants, jointly and severally, for pre-judgment interest on all sums awarded in this agreed Final Judgment at the rate of Eight and One-Half Percent (8.5%) per annum from April 24, 2023, until the date this agreed Final Judgment is entered.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is hereby awarded judgment against Defendants, jointly and severally, for post-judgment interest on all sums awarded in this agreed Final Judgment at the rate of Eight and One-Half Percent (8.5%) per annum from the date this agreed Final Judgment is entered until the date all sums awarded in this Final Judgment have been paid in full.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this is a final, appealable order, but Defendants have knowingly, intentionally, and irrevocably waived all rights to appeal or otherwise attack (*e.g.*, via bill of review) this agreed Final Judgment as set forth in the Joint Motion.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all other relief not expressly granted herein is denied.

SO ORDERED.

Signed June 5th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE